AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Sean Lawrence Thomsen

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 12, 2006__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully made false statements in an application for passport which he submitted, by providing fraudulent documents in support of his claim of identity and U.S. citizenship, with intent to induce or secure the issuance of passport under the authority of the United States

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am __Christopher R. Belmonti, Special Agent with the US Department of State Diplomatic Security Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

AUSA, MICHAEL T. TRUSCOTT   (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
Christopher R. Belmonti, Special Agent
US Department of State Diplomatic Security Service

_____   at   __Washington, D.C.__
Date                                        City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT FOR
## SEAN LAWRENCE THOMSEN, DPOB, 07/31/1980, VA

I, Christopher R. Belmonti, being first duly sworn, depose, and say:

1. I am currently a Special Agent of the United States Department of State, Diplomatic Security Service assigned to the Washington Field Office. I have been employed with the United States Department of State since June 2002. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, GA, and I have received additional training from the United States Department of State, Diplomatic Security Service in conducting criminal investigations regarding passport and visa fraud.

2. This affidavit is made in support of an arrest warrant for Sean Lawrence THOMSEN. It is based on information obtained through personal observations, information provided by Government and other law enforcement officials, data obtained through commercial and law enforcement computer databases, investigative interviews, and review of records, documents, and other evidence. This affidavit is for the purpose of securing probable cause and is not intended to include each and every fact or matter observed by me or known to the United States Government.

3. Through the course of my investigation, I have obtained probable cause to believe that Sean Lawrence THOMSEN made false statements in a United States passport application in which he submitted fraudulent information and a fraudulent driver's license and birth certificate in support of his application, in violation of Title 18 United States Code §1542.

4. On or about October 12, 2006, Sean Lawrence THOMSEN (hereinafter referred to as SUBJECT), who identified himself as Andrew Robert VADERSEN, appeared at the Washington Passport Agency in Washington, DC and applied for a United States passport.

5. On the DS-11 passport application, SUBJECT identified himself as Andrew Robert VADERSEN. As proof of identity, SUBJECT presented a Virginia driver's license (T61-67-9366). As proof of citizenship, SUBJECT provided a Virginia birth certificate (date of issuance 12/11/1987).

6. SUBJECT listed his place of birth as Virginia Beach, Virginia and his social security number as #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 on the DS-11 passport application. SUBJECT took an oath of affirmation and then signed the passport application in the presence of the passport acceptance clerk, swearing that all the information he provided was true and accurate.

7. Subsequent comparison of the SUBJECT's DS-11 photo with the photo on the Virginia driver's license by the Special Issuance Fraud Prevention Manager/Washington Passport Agency raised reasonable suspicion that the two individuals were not the same.

8. On or about November 22, 2006, your AFFIANT contacted Gary VADERSEN, the father of Andrew Robert VADERSEN, and provided photos of SUBJECT's DS-11 photo and Virginia driver's license photo. Gary VADERSEN identified the individual on the DS-11 applicant as Sean Lawrence THOMSEN, an acquaintance of his son. Gary VADERSEN identified the individual in the Virginia driver's license photo as his son, Andrew Robert VADERSEN.

9. On or about November 22, 2006, a phone interview with the true Andrew Robert VADERSEN revealed that the individual in the DS-11 photo is known to him as a former roommate, Sean Lawrence THOMSEN. Andrew Robert VADERSEN claims that he never knowingly or willfully gave his personal information to include date and place of birth, social security number, driver's license, or birth certificate to Sean Lawrence THOMSEN with the intent to obtain a U.S. passport or other identity document.

10. A record check of the Virginia Department of Motor Vehicles (DMV) revealed that the DMV photo of Sean Lawrence THOMSEN is the same individual pictured in the SUBJECT's DS-11 application. A National Crime Information Center database search revealed SUBJECT was arrested by the Washington, DC Metropolitan Police Department in September 2003. A photo comparison of SUBJECT's arrest photo with the DS-11 application photo demonstrated that the two photos are of the same individual, Sean Lawrence THOMSEN.

11. Code of Federal Regulations Chapter 22, Section 51.2 provides that in an application for a passport, an applicant shall truthfully answer all questions, and shall state each and every material matter of fact pertaining to his/her eligibility for a passport. Based on the above information, your AFFIANT has probable cause to believe that Sean Lawrence THOMSEN has violated 18 U.S.C. §1542, "false statement in an application and use of passport," in that he knowingly and willfully made false statements in an application for passport which he submitted, by providing fraudulent documents in support of his claim of identity and U.S. citizenship, with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws.

_____
Christopher R. Belmonti
Special Agent
U.S. Department of State
Diplomatic Security Service

Subscribed and sworn to me this ____ day of _____, 2006.


_____
United States Magistrate Judge